IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Daniel Thomas, | ) | No. 5:17-cv-4002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Defendant's Supplemental Statement Of** |
| PERFORMANCE CONTRACTORS, INC., | ) | **Undisputed Facts In Support Of Motion** |
| | ) | **For Summary Judgment** |
| Defendant. | ) | |
| | ) | |

Defendant Performance Contractors, Inc. hereby submits its Supplemental Statement of Undisputed Facts in Support of its Motion for Summary Judgment[1] as follows:

## OTHER FACTS

78. On April 3, 2016 at 8:23 pm, Thomas called CF Industries' project manager, Jim Liskey. D. App. 149-150, 145-146, 136, (Deposition of Daniel Thomas ("Thomas Dep.") 16:20-17:6 (stating Thomas' cell phone number is 310-927-7358); Supplemental Affidavit of Erin Nathan in Support of Defendant's Motion for Summary Judgement at ¶2, Daniel Thomas' Itemized Sprint Telephone Records ("Thomas Sprint Records") at SPRINT-000150; Jim Liskey email to Ken Kinyon (showing Liskey's cell phone number as 225-323-3245)).

79. On April 4, 2016, at 4:37 pm, a few minutes before submitting his IMI application, Thomas called Richard Conn. D. App. 149-150, 145-146, 69, 88-107, 7, (Thomas Dep. 16:20-17:6; Thomas Sprint Records at SPRINT-000150; Thomas Dep. 233:12-234:10; Daniel Thomas Industrial Maintenance, Inc. Employment Application at p. 2; Deposition of Kenneth Gardner, as

---

[1] For purposes of this Motion for Summary Judgement only, Defendant presents the facts in the light most favorable to Plaintiff. Defendant does not concede these facts.

1

representative of Industrial Maintenance, Inc. ("IMI Dep.") 62:24-63:4 (stating Richard Conn's telephone number as 918-231-4864)).

80. Then, after submitting his application, on April 4, 2016, Thomas called Conn two more times, before a third call on April 4, where Thomas and Conn spoke for sixteen minutes. It was during this phone call that Thomas was hired by IMI. D. App. 149-150, 145-146, 7, 69, (Thomas Dep. 16:20-17:6; Thomas Sprint Records at SPRINT-000150; IMI Dep. 62:24-63:4 (stating Richard Conn's telephone number as 918-231-4864; Thomas Dep. 235:21-23 ("Q. Did IMI offer you a position on April 4th? A. Yes")).

81. On Tuesday, April 5, 2016, Thomas spoke with Jim Liskey. D. App. 149-150, 145, 147, 136, (Thomas Dep. 16:20-17:6; Thomas Sprint Records at SPRINT-000151; Jim Liskey email to Ken Kinyon (showing Liskey's cell phone number as 225-323-3245)).

82. Prior to his first phone call with Andrew Morel, on April 7, 2016, Thomas spoke with Liskey for about four minutes. D. App. 149-150, 145-147, 136, 131A, (Thomas Dep. 16:20-17:6; Thomas Sprint Records at SPRINT-000151; Jim Liskey email to Ken Kinyon (showing Liskey's cell phone number as 225-323-3245); Andrew Morel Phone Records).

SIMMONS PERRINE MOYER BERGMAN PLC

By: *Erin R. Nathan*

Erin R. Nathan
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
E-mail: enathan@simmonsperrine.com
ATTORNEY FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018, filed the foregoing using the Court's CM/ECF system, which will send notification of said filing to the following:

Stanley E. Munger
Munger, Reinschmidt & Denne, L.L.P.
600 Fourth Street, Suite 303
P.O. Box 912
Sioux City, IA 51102
Telephone: 712-233-3635
Facsimile: 712-233-3649
Email: stanmunger@mrdlaw.net
ATTORNEY FOR PLAINTIFF